**Opinion issued January 29, 2026**



In The

# Court of Appeals

For The

# First District of Texas

——————————

## NO. 01-25-00861-CV

——————————

## VKA INVESTMENTS, LLC, Appellant

## V.

## ANTHONY BAIAMONTE, III, Appellee

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Case No. 2025-14735**

## MEMORANDUM OPINION

Our Court abated this appeal and referred the parties to mediation. After mediating the matter, the parties settled and filed an "Agreed, Joint Motion to Reinstate and Dismiss the Appeal." The parties jointly request that our Court "without reference to the merits and pursuant to the parties' agreement, (1) reinstate

and dismiss this appeal; (2) order that all costs on appeal shall be borne by the party incurring same; and (3) order that this Court's mandate shall issue immediately." *See* TEX. R. APP. P. 18.1(c), 42.1(a)(1), (d). No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(c).

We reinstate the appeal on the Court's active docket, grant the parties' joint motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). As agreed by the parties, all costs on appeal shall be borne by the party incurring same. *See* TEX. R. APP. P. 42.1(d). The Clerk of this Court is directed to issue the mandate concurrently with this opinion and judgment. *See* TEX. R. APP. P. 18.1(c). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.